NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1409


GREG GUILLORY, ET AL.

VERSUS

TRAVELERS INSURANCE COMPANY, ET AL.


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-2446
HONORABLE DAVID PAINTER, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


ELIZABETH A. PICKETT
JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Sylvia R. Cooks, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Jeffery Paul Robert
Lynn J. Fryday, Jr.
Law Firm of Grayson H. Brown
5551 Corporate Blvd., Ste 3-C
Baton Rouge, LA 70808
(225) 924-9585
Counsel for Defendant Appellee:
 Travelers Insurance Company
 Kojis & Sons Signs, Inc.
 Ivan Villemarette, Jr.

Paul Joel Cox
Cox, Cox, Filo & Camel
723 Broad Street
Lake Charles, LA 70601
(337) 436-6611
Counsel for Plaintiff Appellant:
 Greg Guillory